UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROLAND EUGENE HORNE, SR., | ) | No. SA CV 08-1064-R (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ORANGE COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that plaintiff's action be dismissed without prejudice for failure to prosecute and follow court orders.

DATED: February 13, 2009

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE